**Dismissed and Memorandum Opinion filed June 11, 2024**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00013-CV

### INSURANCE MAGNUM OF TEXAS, INC., Appellant

### V.

### ADVANCED TEKS COMMUNICATIONS, INC, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2022-15255**

### MEMORANDUM OPINION

This appeal is from a judgment signed December 8, 2023. The clerk's record was filed April 4, 2024. The court reporter informed this court that appellant has not paid for the reporter's record. On April 8, 2024, we notified appellant that unless appellant paid or made arrangements for the reporter's record within 15 days, this court would consider and decide those issues or points that do not require a reporter's record. Appellant did not respond.

On April 30 2024, we issued an order stating that unless appellant filed a

brief within 30 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.